NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Abbas Kazerounian, Esq. (249203); E-mail: ak@kazlg.com
Mona Amini, Esq. (296829); E-mail: mona@kazlg.com
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: 800-400-6808
Facsimile:  800-520-5523

ATTORNEY(S) FOR: Plaintiff Kenneth Lipton

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KENNETH LIPTON

Plaintiff(s),

v.

PIONEER CREDIT RECOVERY, INC.

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Plaintiff Kenneth Lipton
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Kenneth Lipton | Plaintiff |
| Pioneer Credit Recovery, Inc. | Defendant |

September 30, 2015          s/ Abbas Kazerounian, Esq.
Date                        Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Kenneth Lipton

CV-30 (05/13)          NOTICE OF INTERESTED PARTIES