JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH LIPTON,**<br><br>      **Plaintiff,**<br><br>    v.<br><br>**PIONEER CREDIT RECOVERY, INC.,**<br><br>      **Defendant** | **Case No.:** 2:15-cv-07676-MFW-AJW<br><br>**ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**Judge:** Hon. Michael W. Fitzgerald |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this entire action is dismissed without prejudice. Each party shall bear its own costs and expenses.

DATE: September 23, 2016

*/s/ Michael W. Fitzgerald*

HON. MICHAEL W. FITZGERALD
U.S. DISTRICT COURT JUDGE

---

[PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE